(Abstract of Decision.)

Heard in this court at October term, 1939; opinion filed March 9, 1940.

Opinion by JUSTICE DADY. "Not to be published in full."

Anton E. Sundquist, Appellee, v. Illinois Fire Insurance Company of Peoria, Appellant.

Gen. No. 9,379.   (Abstract of Decision.)

Heard in this court at February term, 1939; opinion filed April 6, 1940. Clausen, Hirsch & Miller and Shurtleff & Niehaus, for appellant; F. B. Brian and Andrews & Young, for appellee; J. E. Richards, of counsel. Opinion by JUSTICE DOVE. "Not to be published, in full."